**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| DR. RICHARD MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:11cv715-WHA |
| | ) | |
| AUBURN UNIVERSITY MONTGOMERY | ) | (wo) |
| | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of Auburn University and against the Plaintiff, Dr. Richard Martin.

Costs are taxed against the Plaintiff.

Done this 8th day of November, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE